CHARLES WOLF, PLAINTIFF-RESPONDENT, v. EMMA CON-
NOLLY, DEFENDANT-PETITIONER.

*Mr. Herbert L. Smith* and *Mr. James A. Major* for the petitioner.

*Mr. Milton T. Lasher* and *Mr. William A. Fasolo* for the respondent.

September 17, 1962. Denied.

ELEANOR M. HUTTEN, PETITIONER-RESPONDENT, v.
ECLIPSE PIONEER DIVISION OF BENDIX AVIATION
CORPORATION, RESPONDENT-PETITIONER.

*Mr. Walter R. Hespe* for the petitioner.

*Mr. Carmine Sgro* for the respondent.

September 17, 1962. Denied.